against defendant G.K. Skaggs, Inc.

```
                                        _____
                                         MATTHEW F. KENNELLY
                                         United States District Judge
```

Date: January 30, 2012